## Chinn et al. *v.* Roe et al.

APPEAL from the District Court of Madison, *Curry*, J. This case was remanded for the purpose of making new parties, no decision being pronounced on the matters at issue. *A. Pierse*, for the plaintiffs. *Shannon* and *Snyder*, for the appellants.